IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON MENDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 21-1780 |

ORDER

AND NOW, this 20th day of September, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion to dismiss the complaint as to the federal claims against all defendants in their official capacities is GRANTED;

(2) the motion to dismiss the federal claims against all defendants in their personal capacities is GRANTED except that the motion to dismiss the equal protection claim against defendants Steven Meredith, Kysherald Patterson, and Philip Washington is GRANTED with leave to file an amended complaint on this claim on or before October 20, 2021; and

(3) the motion to dismiss the state law claims is GRANTED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                              J.