IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON MENDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 21-1780 |

ORDER

AND NOW, this 25th day of August, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Philip Washington, Kysherald Patterson, and Steven Meredith to dismiss (Doc. # 11) the amended complaint of plaintiff Ramon Mendez is GRANTED without leave to amend.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.